**Order entered May 31, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-16-00182-CR
No. 05-16-00183-CR

**WALDRICK BROOKS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 282nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F14-70150-S, F15-00333-S**

## ORDER

We **GRANT** Official Court Reporter Patricia Holt's May 26, 2016 request for an extension of time to file the reporter's record. The reporter's record shall be due on **June 13, 2016**.

/s/     LANA MYERS
JUSTICE